In the Matter of the Claim of CHARLES EARL, Respondent, against DAVIS Box Toe Co., INC., and STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the employer and the State Insurance Fund from an award made by the State Industrial Board to claimant for a fifty per cent loss of use of the left thumb, covering the period from December 28, 1937, to September 16, 1938. Claimant was employed as a cutter. On July 26, 1922, he sustained injuries to the four fingers of his left hand, for which an award was made based upon a ninety per cent permanent loss of use of such hand. On December 28, 1937, while engaged in the same occupation for another employer, the distal two-thirds of the terminal phalanx of the left thumb was amputated, and an injury sustained to the phalangeal joint. For such injuries the award of fifty per cent loss of use of the thumb was made. There is proof in the record that the injuries sustained in the first accident did not affect the left thumb, and that, until the second accident occurred, claimant used this thumb in the performance of his work at a cutting machine. After the second accident he was no longer able to operate the machine by reason of the injuries to the thumb. We think these facts sufficient to sustain the award, and to bring the case within the exception noted in *Matter of Flicker* v. *Mac Sign Company* (252 N. Y. 492). Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of TILLIE KATZ, Respondent, against REISSMAN ROTHMAN CORP. and STATE INSURANCE FUND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was attacked by a coemployee who apparently was jealous of attentions paid to claimant by a third coemployee of the opposite sex. The injury arose out of and in the course of the employment. (*Matter of Humphrey* v. *Tietzen & Steffin Milk Co.*, 235 App. Div. 470; affd., 261 N. Y. 549.) Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of Mrs. HELEN BAK, Respondent, against N. KOTQK FISH DISTRIBUTOR, Respondent, and HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from an award for death benefits made by the State Industrial Board pursuant to the provisions of the Workmen's Compensation Law. The deceased was employed as an outside and inside worker. On the day in question during the forenoon decedent was driving a truck outside where it was very warm. He later was compelled to work in the employer's warehouse where there was ice and water and fish and to work at a greatly changed temperature. He developed chills and became sick and had to go home. This happened on August tenth. He died of pneumonia on August fifteenth without ever recovering. The evidence supports the award. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.